AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>BECKWITH, SANDRA S | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>04/19/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>810 Potter Stewart Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/19/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 6/23/05 | National Business Institute - Teaching Fee | $ 500 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Antique Business |
| 2. 2005 | Metropolitan Sewer District - Personnel Director |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/19/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/19/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. U.S. Bank Portfolio | | | | | | | | | |
| 2. Citigroup, Inc. - Common Stock | B | Dividend | K | T | | | | | |
| 3. General Electric Corporation - Common Stock | A | Dividend | K | T | | | | | |
| 4. BP Amoco PLC - Common Stock | B | Dividend | K | T | | | | | |
| 5. Johnson and Johnson - Common Stock | A | Dividend | K | T | | | | | |
| 6. Microsoft Corp. - Common Stock | A | Dividend | K | T | Sell Part | 3/23 | J | D | |
| 7. Proctor & Gamble - Common Stock | A | Dividend | K | T | | | | | |
| 8. First American Prime Obligation Fund | A | Interest | K | T | | | | | |
| 9. Sysco Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 10. Emerson Electric Co. 7.125% 8/15/10 | B | Interest | K | T | | | | | |
| 11. Avon Products, Inc. - Common Stock | A | Dividend | | | Sell All | 3/23 | J | B | |
| 12. Ohio State Infrastructure Impt. Series A 4.87% 8/1/14 | B | Interest | L | T | | | | | |
| 13. U.S. Treasury Note 1.875% 12/31/05 | B | Interest | | | Sold | 10/4 | K | A | |
| 14. Deere and Company - Common Stock | A | Dividend | K | T | | | | | |
| 15. Fortune Brands, Inc. - Common Stock | A | Dividend | | | Sell All | 5/2 | K | C | |
| 16. I Shares TR - DJ U.S. Healthcare Sector - Common Stock | A | Dividend | J | T | | | | | |
| 17. I Shares - DJ U.S. Technology Sector - Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/19/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apache Corporation - Common Stock | A | Dividend | J | T | | | | | |
| 19. Schlumberger, Ltd. - Common Stock | A | Dividend | K | T | | | | | |
| 20. I Shares Japan Index Fund | A | Dividend | K | T | | | | | |
| 21. I Shares MSCI Hong Kong Index Fund | A | Dividend | K | T | | | | | |
| 22. Vodafone Group, Inc. - Common Stock | A | Dividend | | | Sell All | 12/16 | J | A | |
| 23. Tsakos Energy Navigation, Ltd. - Common Stock | A | Dividend | | | Sell All | 8/26 | K | C | |
| 24. U.S. Treasury IP 2.000% 1/15/14 | B | Interest | L | T | | | | | |
| 25. Black & Decker Corp. - Common Stock | A | Dividend | | | Sell All | 8/22 | K | B | |
| 26. I Shares FTSE/XINHUA China 25 Index Fund | A | Dividend | J | T | Buy | 2/24 | J | | |
| 27. J Shares MSCI Mexico - Common Stock | A | Dividend | J | T | Buy | 2/24 | J | | |
| 28. I Shares DJ Select - Common Stock | A | Dividend | J | T | Buy | 3/3 | J | | |
| 29. Paccar, Inc. - Common Stock | A | Dividend | J | T | Buy | 3/23 | J | | |
| 30. Varian Medical Systems, Inc. - Common Stock | | None | J | T | Buy | 3/18 | J | | |
| 31. BASFAGADR - Common Stock | A | Dividend | J | T | Buy | 3/24 | J | | |
| 32. Aqua America, Inc. - Common Stock | A | Dividend | J | T | Buy | 5/11 | J | | |
| 33. Aqua America, Inc. - Common Stock | | | | | Split | 12/02 | | | |
| 34. Aqua America, Inc. - Common Stock | | | | | Sell Part | 12/8 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/19/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dell, Inc. - Common Stock | | None | J | T | Buy | 5/11 | J | | |
| 36. Exelon Corporation - Common Stock | A | Dividend | J | T | Buy | 5/6 | J | | |
| 37. I Shares Lehman I 3 yrs. Trs Bd | A | Dividend | K | T | Buy | 5/17 | K | | |
| 38. I Shares Lehman I 3 yrs. Trs Bd | | | | | Buy | 9/13 | K | | |
| 39. Proctor & Gamble - Common Stock | A | Dividend | K | T | | | | | |
| 40. Cincinnati Police Credit Union | A | Interest | J | T | | | | | |
| 41. Public Employees Deferred Comp. #1 | C | Dividend | L | T | | | | | |
| 42. Public Employees Deferred Comp. #2 | E | Dividend | O | T | | | | | |
| 43. Public Employees Deferred Comp. #3 | C | Dividend | M | T | | | | | |
| 44. U.S. Bank IRA I | | | | | | | | | |
| 45. First American Prime Obligation Fund Class I | A | Interest | J | T | | | | | |
| 46. Walgreen Company - Common Stock | A | Dividend | J | T | | | | | |
| 47. Pfizer, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 48. Dell, Inc. - Common Stock | | None | J | T | | | | | |
| 49. Bunge, Ltd. Common Stock | A | Dividend | | | Sell All | 2/24 | J | C | |
| 50. U.S. Bank IRA II | | | | | | | | | |
| 51. First American Prime Obligation Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/19/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Walgreen Company - Common Stock | A | Dividend | J | T | | | | | |
| 53. FPL Group, Inc. - Common Stock | A | Dividend | J | T | Split | 3/15 | | | |
| 54. Proctor & Gamble - Common Stock | A | Dividend | J | T | | | | | |
| 55. Terex Corporation - Common Stock | | None | | | Sell All | 8/23 | J | B | |
| 56. U.S. Bank IRA III | | | | | | | | | |
| 57. Pfizer, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 58. Lowe's Cos, Inc. - Common Stock | A | Dividend | K | T | | | | | |
| 59. First American Prime Obligation Fund Class I | A | Interest | J | T | | | | | |
| 60. I Shares GS$ Investop Corporate Bond | A | Interest | J | T | | | | | |
| 61. Varian Medical Systems, Inc. - Common Stock | | None | J | T | | | | | |
| 62. Aether Systems, Inc. - Common Stock | | None | | | Sell All | 3/18 | J | A | |
| 63. Paccar, Inc. - Common Stock | A | Dividend | J | T | Buy | 2/18 | J | | |
| 64. BASFAGADR - Common Stock | A | Dividend | J | T | Buy | 2/18 | J | | |
| 65. I Shares Lehman I 3 yrs. Trs Bd | A | Interest | K | T | Buy | 5/6 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/19/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Items 2 through 38 are the U.S. Bank Portfolio

Items 45 through 49 are the U.S. Bank IRA I

Items 51 through 55 are the U.S. Bank IRA II

Items 57 through 65 are the U.S. Bank IRA III

| Name of Person Reporting | Date of Report |
|---|---|
| BECKWITH, SANDRA S | 04/19/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date_____ 4/19/06 _____

NOTE: ANY INDI█████████████████████████ES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL S█████████ (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544